MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
melinda.riechert@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendants
BAYER U.S. LLC, formerly known as BAYER
BUSINESS AND TECHNOLOGY SERVICES, LLC,
and BAYER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKOTA M. DOUGLAS, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER U.S. LLC, a Delaware limited liability company; BAYER CORPORATION, an Indiana corporation; BAYER BUSINESS AND TECHNOLOGY SERVICES, LLC, a Texas limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:17-cv-6740<br><br>**DEFENDANTS BAYER U.S. LLC AND BAYER CORPORATION'S NOTICE OF REMOVAL** |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Bayer U.S. LLC, formerly known as Bayer Business and Technology Services, LLC, and Bayer Corporation LLC (collectively, "Defendants"), by and through their counsel Morgan, Lewis & Bockius LLP, hereby remove this action from the Superior Court of the State of California, County of Alameda, where it is currently pending, to the United States Court for the

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 32293862.3

DEFENDANTS' NOTICE OF REMOVAL
(CASE NO. 3:17-CV-6740)

Northern District of California. In support of this Notice of Removal, Defendants state as follows:

## I.     JURISDICTION

This Court has original jurisdiction under 28 U.S.C. § 1331, and this case may be removed pursuant to the provisions of 28 U.S.C. § 1441(c) in that it is a civil action that presents a federal question. As set forth below, this case meets all of 28 U.S.C. § 1331's requirements for removal and is timely and properly removed by the filing of this Notice.

## II.    VENUE

Plaintiff Dakota M. Douglas ("Plaintiff") filed this action in the Superior Court of California for the County of Alameda. Thus, venue for removal properly lies in the United States District Court for the Northern District of California (28 U.S.C. § 84(a), 1446) and this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) because this district embraces the place in which the removed state action is and has been pending.

## III.   TIMELINESS OF REMOVAL

This Notice of Removal is timely in that 28 U.S.C. § 1446(b) requires that a notice of removal in a civil action must be filed within thirty (30) days after service of the summons and complaint. 28 U.S.C. § 1446(b). Plaintiff filed his Complaint in the Alameda County Superior Court on October 12, 2017. Defendants Bayer U.S. LLC and Bayer Corporation were served with the Complaint on October 24, 2017. Accordingly, this Notice of Removal is timely.

## IV.    PLEADINGS, PROCESS, AND ORDERS

1.     On October 12, 2017, Plaintiff Dakota M. Douglas initiated this action by filing a Class Action Complaint in the Superior Court of the State of California, County of Alameda, No. RG17878626, titled Dakota M. Douglas, on behalf of himself, all others similarly situated, v. Bayer U.S. LLC, Bayer Corporation and Bayer Business and Technology Services, LLC ("the Complaint").

2.     On October 12, 2017, Plaintiff Requested a Complex Designation Hearing and the Court set the hearing for December 5, 2017. On October 12, 2017, Plaintiff filed a Civil Case Cover Sheet with the Complaint. On October 19, 2017, the Superior Court of the State of

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 32293862.3

2

DEFENDANTS' NOTICE OF REMOVAL
(CASE NO. 3:17-CV-6740)

California, County of Alameda, issued a Notice of Case Management Conference ("Notice of Hearing"), scheduling an initial case management conference for January 9, 2018. On November 2, 2017, Plaintiff filed a Proof of Service of the Complaint as to Bayer U.S. LLC and Bayer Corporation. True and correct copies of these documents are attached hereto as **Exhibit A**. No other proceedings have been held in the Superior Court of the State of California, County of Alameda.

3. On October 24, 2017, Defendants Bayer U.S. LLC and Bayer Corporation were served with a Summons and Complaint, true and correct copies of which are attached hereto as **Exhibit B.**

4. Plaintiff alleges in his Complaint, on behalf of himself and a proposed class of individuals alleged to be similarly situated ("FCRA class"), that Defendants failed to make proper disclosures when performing a background check in violation of section 1681b(b)(2)(A) of the Fair Credit Reporting Act ("FCRA"). See id. ¶¶ 26-47.

5. Plaintiff also alleges, on behalf of himself and a proposed class of individuals alleged to be similarly situated ("ICRAA Class and CCRAA Class"), that Defendants failed to make proper disclosures to Plaintiff and the ICRAA Class and the CCRAA Class in accordance with California Civil Code §1786 *et seq*. and §1785 *et seq.* See id., ¶¶ 48-76.

6. Plaintiff also alleges, on behalf of himself and the FCRA Class, ICRAA Class and CCRAA Class that Defendants violated California's Unfair Competition Law, Business and Professions Code § 17200 *et seq.* See id., ¶¶ 77-89.

7. Plaintiff seeks statutory penalties, civil penalties, punitive damages, injunctive relief, costs of suit, interest, restitution, and reasonable attorneys' fees. See id., Prayer For Relief (A)-(L).

## V.   FEDERAL QUESTION JURISDICTION

1. This Court has original jurisdiction over the action pursuant to 28 U.S.C. § 1331 because Plaintiff has alleged a claim under the FCRA, 15 U.S.C. §§ 1681 et seq., which is a federal statute and presents a federal question.

2. Removal is therefore proper under 28 U.S.C. § 1441(a) because the action is a civil

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 32293862.3

3

DEFENDANTS' NOTICE OF REMOVAL
(CASE NO. 3:17-CV-6740)

action brought in a state court of which the district courts of the United States have original jurisdiction.

## VI. SUPPLEMENTAL JURISDICTION

1. This Court has supplemental jurisdiction over Plaintiff's claims under California law pursuant to 28 U.S.C. § 1367(a) on the grounds that such claims are "so related to the claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

2. Plaintiff's Complaint alleges a total of three causes of action, in addition to the cause of action under the FCRA. The remaining three causes of action alleged in the Complaint are based on the same factual allegations relating to whether Defendants provided proper background check disclosures to Plaintiff. This Court has supplemental jurisdiction over Plaintiff's state law causes of action because such claims are sufficiently related to Plaintiff's claim under the FCRA, which presents a federal question and is within the Court's original jurisdiction, that they form part of the same case or controversy. 28 U.S.C. § 1367(a). *See Rivera v. Rivera*, 2011 WL 1878015 (N.D. Cal. May 17, 2011) (court found supplemental jurisdiction existed over plaintiffs' California Labor Code and UCL claims based on court's federal question jurisdiction over FLSA overtime claim). Further, Plaintiff's state law claims do not involve any novel or complex issue of state law, do not substantially predominate over Plaintiff's FLSA cause of action, and no exceptional or compelling circumstances exist for this Court to decline jurisdiction. 28 U.S.C. § 1367(a). The state law claims unquestionably derive from a common nucleus of operative fact because all claims are premised on the background check forms that Defendants allegedly obtained on Plaintiff in connection with his application for employment.

## VII. THE OTHER PRE-REQUISITES FOR REMOVAL HAVE BEEN SATISFIED

1. No previous notice of removal has been filed or made with this Court regarding the Action.

2. Pursuant to 28 U.S.C. § 1446(d), Defendants will provide notice of this removal to Plaintiff through his counsel of record, and will file a copy of this Notice of Removal with the clerk of the Superior Court of the State of California, County of Alameda.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 32293862.3

4

DEFENDANTS' NOTICE OF REMOVAL
(CASE NO. 3:17-CV-6740)

1        3.     By filing this Notice of Removal, Defendants do not waive any defense(s) that may be available to them and reserve all such defenses. If any question arises as to the propriety of the removal of the Action to this Court, Defendants request the opportunity to present additional evidence and briefing to demonstrate that this case has been properly removed.

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants respectfully request that the Action be removed from the Superior Court of the State of California, County of Alameda to the United States District Court for the Northern District of California, and that all future proceedings in the Action take place in the United States District Court for the Northern District of California.

Dated: November 22, 2017         MORGAN, LEWIS & BOCKIUS LLP
                                 Melinda S. Riechert


                                 By */s/Melinda S. Riechert*
                                    Melinda S. Riechert
                                    Attorneys for Defendants
                                    BAYER U.S. LLC and
                                    BAYER CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 32293862.3

5

DEFENDANTS' NOTICE OF REMOVAL
(CASE NO. 3:17-CV-6740)