UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKOTA M. DOUGLAS,<br><br>    Plaintiff,<br><br>    v.<br><br>BAYER U.S. LLC, et al.,<br><br>    Defendants. | Case No. 17-cv-06740-EDL<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 32 |

The parties hereto having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before January 25, 2019 for the purpose of proceeding with the litigation in the event a stipulated dismissal with prejudice has not been filed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: November 26, 2018

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge